

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Estate of Howard Jefferson, Jr.

No. 06-18-00100-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 41,896-CCL). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED DECEMBER 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk